JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendants
Broan-NuTone, LLC and Jakel
Motors Incorporated

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BROAN-NUTONE, LLC, a Delaware limited liability company; JAKEL MOTORS INCORPORATED, a Wisconsin corporation; JAKEL MOTORS INCORPORATED n/k/a and/or d/b/a JAKEL INCORPORATED, a Wisconsin corporation; JAKEL INCORPORATED f/k/a JAKEL MOTORS INCORPORATED, a Wisconsin corporation; REGAL-BELOIT CORPORATION, a Wisconsin corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO. 2:14-cv-01062-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   WHEREAS, after settlement discussions between the parties and their counsel the parties have agreed to a full and final settlement of this case;

   IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendants BROAN-NUTONE, LLC and JAKEL MOTORS INCORPORATED, and JEFFREY M. ZIELINSKI, ESQ. of the firm de LUCA LEVINE, counsel for Plaintiff ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY as follows:

CLAC 3293396.1

1. Plaintiff ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY'S claims herein against Defendants BROAN-NUTONE, LLC and JAKEL MOTORS INCORPORATED shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

2. Any outstanding deadlines set forth in the stipulated discovery schedule be vacated.

Respectfully submitted this 30th day of December 2015.

| DATED this 30th day of December, 2015. | DATED this 30th day of December, 2015. |
|---|---|
| **De LUCA LEVINE** | **COOPER LEVENSON** |
| By: /s/ Jeffrey M. Zielinski | By: /s/ Jerry S. Busby |
| Jeffrey M. Zielinski, Esq. | Jerry S. Busby, Esq. |
| Counsel appearing Pro Hac Vice | Nevada Bar No. 001107 |
| Three Valley Square, Suite 220 | 6060 Elton Avenue, Suite A |
| Blue Bell, PA 19422 | Las Vegas, NV 89107 |
| Attorneys for Plaintiff | Attorneys for Defendants |

IT IS SO ORDERED January 4, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

CLAC 3293396.1